Case 3:21-cv-00055-RLY-MPB   Document 1   Filed 03/30/21   Page 1 of 5 PageID #: 1

FILED
03/30/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Wiley Lee Adams, Jr. </br>  Plaintiff </br></br> v. </br></br></br> Hartford Bakery, Inc. </br>  Defendant | ) </br> ) </br> ) Civil Case No: 3:21-cv-00055-RLY-MPB </br> ) </br> ) </br> ) </br> ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

### I.      NATURE OF THE CASE

1.      Comes now the Plaintiff, Wiley Lee Adams, Jr. ("Adams") Pro Se, brings this action against Hartford Bakery, Inc. ("Company"), alleging violations of the Title VII of the Civil Rights Act of 1964 as codified, 42 U.S.C §§2000 set seq.

### II.      PARTIES

2.      Wiley is a resident of the State of Indiana, who at all times which are relevant to this action resided within the geographical boundaries of the Southern District of Indiana.

3.      Company maintains offices and conducts business within the geographical boundaries of the Southern District of Indiana.

### III.      JURISDICTION AND VENUE

4.      Jurisdiction is conferred on this Court over the subject matter of this litigation pursuant to 42 U.S.C §§2000 set seq.

5.      Company is an "employer" as that term is defined by 42 U.S.C. §2000e(b) and 42 U.S.C. §12111(5)(A)

6. Adams, at all relevant times, was an "eligible employee" as that term is defined by 42 U.S.C. §2000e(f).

7. All events, transactions, and occurrences relevant to this lawsuit arose within the Southern District of Indiana, thus venue is proper in this Court.

### IV.   FACTUAL ALLEGATIONS

8. Adams was hired by the Company on or about October of 2018 and identifies as an African American male.

9. During all relevant time periods:

10. On or about November 20, 2018, Adams was working in his regular department completing his assigned job duties when a member of the maintenance team, Tony Racine ("Racine"), was in Adams' department and a verbal dispute began.

11. During this dispute, the argument escalated, and Racine began to say racial, derogatory slurs and names towards Adams.

12. Racine is a long-term employee of the Company.

13. Adams immediately reported the incident to his on-duty supervisor Ricky and the manager Kent. There was no immediate action taken by the Company.

14. Eventually the news of the incident spread through the facility and several co-workers reached out to Adams with support; fellow African American co-workers in addition to white co-workers reached out to Adams stating that this was not the first time Racine had been involved in racially-charged incidents and it was a commonly-known and accepted practice.

15. After learning of this culture Adams became so emotional, he decided to leave work in fear of any further incidents or the use of racial slurs against him.

16. On or about November 23, 2018, Mr. Adams received a call from Dave, the head

of the HR onsite department, who asked about the matter and Mr. Adams informed him of the details from the incident.

17. Also, on or about November 28, 2018, Adams went to Lewis Bakeries to pick up his check when Kent, the manager, and Danny, another member of the leadership team talked to Adams about the matter and asked Adams to return to work, because they did not believe the incident was appropriately handled by Lewis Bakeries and wanted a chance to correct the solution.

18. However, Racine never received any disciplinary action. Adams never felt supported in his claim and this created a very hostile work environment for Adams that he was never able to fully recover from. It furthered reinforced what his coworkers told him – that this was a welcomed culture.

## V. CAUSES OF ACTION

19. Adams hereby incorporates paragraphs one (1) through nineteen (19) of his Complaint.

20. Company unlawfully failed to promote Adams, he was subjected to unequal terms and conditions of his employment, retaliation and was the victim of derogatory and racial name calling; all believed to be based upon the race and color of Adams evident by the language and failure to take actions by the leadership team.

## VI. EXHAUSTION OF FEDERAL ADMINISTRATIVE REMEDIES

21. Adams has exhausted all federal administrative remedies. He filed a charge with the Evansville-Vanderburgh County Human Relations Commission regarding Adams' claim of discriminatory conduct on or about April or May of 2019.

22. The Evansville-Vanderburgh County Human Relations Commission issued a Notice of Right to Sue letter, which was dated as of December 30, 2020. [Exhibit A]

## VII. REQUESTED RELIEF

**WHEREFORE,** Plaintiff, Wiley Adams, respectfully requests that this Court enter judgement in his favor and award him the following relief:

1. All wages, benefits, compensation, and other monetary loss suffered as a result of the Company's inaction and unlawful actions;
2. Liquidated damages;
3. Punitive damages;
4. All costs and anticipated attorneys' fees incurred as a result of bringing this action;
5. Pre- and post-judgment interest on all sums recoverable; and
6. All other legal and/or equitable relief that this Court sees fit to grant.

## VIII. DEMAND FOR JURY TRIAL

Plaintiff, Wiley Adams, Pro Se, respectfully requests a jury trial for all issues deemed triable by jury.

Respectfully Submitted,

s/ Wiley Adams
Wiley L. Adams Jr.
124 S. Boeke Rd
Evansville, IN 47714
812.602.8931

### Certification and Closing

I hereby certify that under Federal Rule of Civil Procedure 11, that to the best of my knowledge, information and belief that this complaint is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increate cost of litigation; supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; factual contentions have opportunity for further investigation or discovery; and the complaint otherwise complies with the requirements of Rule 11.

Respectfully Submitted,

s/ Wiley Adams
Wiley L. Adams Jr.
124 S. Boeke Rd
Evansville, IN 47714
812.602.8931