UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| WILEY LEE ADAMS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:21-cv-00055-RLY-MPB |
| ) | |
| HARTFORD BAKERY, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER DISMISSING CASE

On May 3, 2021, the court issued a Notice of Deficiency to Plaintiff, ordering him to either pay the filing fee or demonstrate that he lacks the ability to pay it by filing a motion for leave to proceed in forma pauperis on or before June 3, 2021. The Notice informed Plaintiff that the "[f]ailure to correct the deficiency may subject to case to dismissal for failure to prosecute." Plaintiff has failed to comply with the Notice. Therefore, his case is **DISMISSED** for failure to prosecute.

**SO ORDERED** this 4th day of October 2021.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Copy by U.S. Mail to:

Wiley Lee Adams, Jr.
124 S. Boeke Rd.
Evansville IN  47714